# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN CLINICAL LABORATORY ASSOCIATION, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>  Defendants. | Case No.: 4:24-cv-00479-SDJ |
| ASSOCIATION FOR MOLECULAR PATHOLOGY, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>  Defendants. | Case No.: 4:24-cv-00824-SDJ |

## PLAINTIFFS' UNOPPOSED REQUEST FOR ORAL ARGUMENT ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs American Clinical Laboratory Association, HealthTrackRx Indiana, Inc., and HealthTrackRx, Inc., and Plaintiffs Association for Molecular Pathology and Dr. Michael Laposata, M.D., Ph.D. (collectively, "Plaintiffs") and Defendants the United States Food and Drug Administration, *et al.* ("FDA") have filed cross-motions for summary judgment that are now fully briefed. *See* ECF Nos. 20, 27, 54, 66, 67, 68. Pursuant to Local Rule CV-7(g), Plaintiffs hereby request an oral hearing on the cross-motions for summary judgment.

Plaintiffs respectfully submit that oral argument may be helpful to the Court because this case is being decided on dispositive cross-motions and involves important legal issues arising from a major

new FDA rule with far-reaching implications for the nation's clinical laboratory sector and the many thousands of health care practitioners the new rule would regulate. Defendants have stated that they intend to begin enforcing requirements under the new rule beginning May 6, 2025.

Plaintiffs' counsel conferred with FDA's counsel before filing this submission. FDA takes no position on this request for oral argument.

Dated: January 17, 2025

| | |
|---|---|
| /s/ Michael D. Shumsky | /s/ Ashley C. Parrish |
| Michael D. Shumsky (*admitted pro hac vice*) | Ashley C. Parrish (*admitted pro hac vice*) |
|   D.C. Bar. No. 495078 |   D.C. Bar No. 464683 |
| Jeffrey N. Gibbs (*admitted pro hac vice*) | Paul Alessio Mezzina (*admitted pro hac vice*) |
|   D.C. Bar. No. 385294 |   D.C. Bar No. 999325 |
| Allyson B. Mullen (*admitted pro hac vice*) | Alexander Kazam (*admitted pro hac vice*) |
|   D.C. Bar No. 1018481 |   D.C. Bar No. 1708188 |
| Sara W. Koblitz (*admitted pro hac vice*) | KING & SPALDING LLP |
|   D.C. Bar No. 1017284 | 1700 Pennsylvania Ave NW, Suite 900 |
| Steven J. Gonzalez (*admitted pro hac vice*) | Washington, DC 20006 |
|   D.C. Bar No. 1600850 | Tel: (202) 737-0500 |
| Sarah L. Wicks (*admitted pro hac vice*) | aparrish@kslaw.com |
|   D.C. Bar No. 1719206 | pmezzina@kslaw.com |
| HYMAN, PHELPS & MCNAMARA, P.C. | akazam@kslaw.com |
| 700 Thirteenth Street NW, Suite 1200 | |
| Washington, D.C. 20005 | Edward F. Fernandes |
| (202) 737-5600 |   Texas Bar No. 06932700 |
| mshumsky@hpm.com | Christopher H. Taylor |
| |   Texas Bar No. 24013606 |
| Fred D. Raschke | KING & SPALDING LLP |
| Texas Bar No. 16551450 | 500 W. 2nd Street, Suite 1800 |
| MILLS SHIRLEY L.L.P. | Austin, TX 78701 |
| 2200 Market Street, Suite 300 | Tel: (512) 457-2000 |
| Galveston, TX 77550 | Fax: (512) 457-2100 |
| 409.763.2341 | efernandes@kslaw.com |
| fraschke@millsshirley.com | ctaylor@kslaw.com |
| | |
| *Counsel for Association for Molecular Pathology and Dr. Michael Laposata, M.D., Ph.D.* | Scott D. Danzis (*admitted pro hac vice*) |
| |   D.C. Bar No. 481426 |
| | COVINGTON & BURLING |
| | One CityCenter |
| | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| | Tel: (202) 662-6000 |
| | sdanzis@cov.com |
| | |
| | *Counsel for American Clinical Laboratory Association, HealthTrackRx Indiana, Inc., and HealthTrackRx, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, a true and correct copy of this document was served electronically by the Court's CM/ECF system on all counsel of record.

*/s/ Ashley C. Parrish*
Ashley C. Parrish

*Counsel for ACLA Plaintiffs*